MARY COFFEY, as Administratrix of the Estate of DANIEL COFFEY, Deceased, Respondent, *v.* RICHARD L. WALSH COMPANY, Appellant.

*Coffey* v. *Walsh Co.*, 126 App. Div. 951, affirmed.
(Argued December 16, 1908; decided January 5, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 23, 1908, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for the death of plaintiff's intestate alleged to have occurred through defendant's negligence.

*Alfred A. Wheat, Frank A. Gaynor* and *Harold C. McCollum* for appellant.

*G. Washbourne Smith* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WERNER, HISCOCK and CHASE, JJ.